

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-88,559-04

### IN RE ROBERT BRICE DAUGHERTY, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 25886, 25928, AND 25958 IN THE 6TH DISTRICT COURT
### FROM LAMAR COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that the District Clerk of Lamar County is not forwarding him three affidavits referenced in the trial court's findings of fact and conclusions of law entered on January 17, 2019, regarding his three habeas applications. The District Clerk of Lamar County, Respndent, is ordered to send a copy of these affidavits to Relator and shall file a response in this Court, with a copy of the response also sent to Relator, certifying the date the copies of the affidavits are sent. Relator shall file any further pleading in this Court regarding this mandamus application or the underlying habeas applications within 35 days of the date upon which the District Clerk certifies that the copies are being sent. This application for leave to file a writ of mandamus

shall be held in abeyance until Respondent has submitted the response.  Such response shall be submitted within 30 days of the date of this order.

Filed: April 3, 2019
Do not publish